# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

**UNITED STATES OF AMERICA**

**Case No. 1:13mj328**

**-vs-**

**Brennan Ball**

_____

## ORDER

     The undersigned hereby RECUSES herself and this matter is referred to Magistrate Judge Litkovitz for further proceedings.

                           /s/ *Stephanie K. Bowman*
                           United States Magistrate Judge